# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, | No. 56 WM 2015

Respondent

v.

GLENN HICKS,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.